THE COMMONWEALTH *ex rel.* THE ATTORNEY-GENERAL *versus* THE PITTSBURGH, FORT WAYNE, AND CHICAGO RAILROAD CO.

The opinion of the court was delivered by

READ, J.—For the reasons assigned in the case of Mercer and Robinson *v.* Mayor, &c., of Allegheny, and the Pittsburgh, Fort Wayne, and Chicago Railroad Company, the bill filed in this case is dismissed.